## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

Joseph McLain,

     *Plaintiff,*　　　　　　　　　　　**Civil Action No.:  CV-12-617-KD-B**

v.

**G. A. West & Co., Inc., Sirius**
**Technical Services, Inc., &**
**Mark Crownover,**

     *Defendants.*

### DEFENDANT G. A. WEST & CO., INC.'S
### VERIFIED SUMMARY OF HOURS WORKED BY PLAINTIFF

Defendant G. A. West & Company, Inc. files this Verified Summary of Hours Worked by Plaintiff, as ordered by the Court on October 25, 2012**.** Copies of all time sheets/payroll documents that correspond with the attached verified summary were previously served on counsel for Plaintiff.

Respectfully submitted, this the 13th day of December, 2012.


　　　　　　　　　　*/s/ Paul D. Myrick*_____
　　　　　　　　　　Paul D. Myrick (MYRIP6654)
　　　　　　　　　　*pdm@kullmanlaw.com*

　　　　　　　　　　*/s/ Thomas J. Woodford*_____
　　　　　　　　　　Thomas J. Woodford (WOODT5567)
　　　　　　　　　　*tjw@kullmanlaw.com*

/s/ Matthew C. Myrick
Matthew C. Myrick (MYRIM6339)
mcm@kullmanlaw.com
Attorneys for Defendants, G. A. West
and Mark Crownover

The Kullman Firm
*A Professional Law Corporation*
P.O. Box 1287
Mobile, AL  36633
(251) 432-1811
(251) 433-1230 – FAX

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Banks C. Ladd, Esq. (*banks@bcladd.com*)
James E. Robertson, Jr. (*jimrob251@gmail.com*)
Stacie E. Vitello, Esq. (*Stacie@bcladd.com*)
Banks C. Ladd, P.C.
51 Tacon Street, Suite E
Mobile, AL 36607
*Counsel for Plaintiff, Joseph McLain*

Amy Lassiter St. Pe', Esq. (*astpe@dwwattorneys.com*)
Nathan A. Bosio, Esq. (*nbosio@dwwattorneys.com*)
Dogan & Wilkinson, PLLC
734 Delmas Avenue
Pascagoula, MS 39567
*Counsel for Defendant, Sirius Technical Services, Inc.*

/s/ PAUL D. MYRICK
PAUL D. MYRICK



Re: Income Verification


To Whom It May Concern:


    I, Suzie Hagan, do verify that these records are true and accurate and represent the time sheets
and payroll records kept in the ordinary course of business by G.A. West & Company, Inc.


                                        _____

                                        Suzie Hagan, Controller

# *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

**Mclain, Joseph M**

| | |
|---|---|
| Card ID: | 12044 |
| Other ID: | 201393739 |
| Supervisor: | |

| | |
|---|---|
| Home Division: | GA West Sal Ex |
| Home Department: | 10-GA West - Chunchula |
| Period: | Weekly |

| Department Job | Shift No | Date | Time In Level 4 | Date | Time Out Level 5 | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week:  1** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 4/1/11 | 7:50am | 4/1/11 | 4:10pm | | Work | 7.80 | 0.60 | | 8.40 | 8.40 |
| **Supervisor Signoff:** | | | | | | | Weekly Totals: | 7.80 | 0.60 | 0.00 | 8.40 | 8.40 |
| **Week:  2** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 4/4/11 | 7:45am | 4/4/11 | 4:19pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 16 | | 4/5/11 | 7:38am | 4/5/11 | 4:37pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 4/6/11 | 7:40am | 4/6/11 | 4:44pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 4/7/11 | 7:49am | 4/7/11 | 4:37pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 4/8/11 | 7:50am | 4/8/11 | 1:30pm | | Edited Paid | 4.60 | 1.10 | | 5.70 | 5.70 |
| **Supervisor Signoff:** | | | | | | | Weekly Totals: | 40.00 | 1.10 | 0.00 | 41.10 | 41.10 |
| **Week:  3** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 4/11/11 | 7:49am | 4/11/11 | 4:45pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 4/12/11 | 8:50am | 4/12/11 | 4:47pm | | Work | 8.00 | | | 8.00 | 8.00 |
| 10-GA West - Chunchula 16 | | 4/13/11 | 7:33am | 4/13/11 | 4:54pm | | Work | 9.40 | | | 9.40 | 9.40 |
| 10-GA West - Chunchula 16 | | 4/14/11 | 7:34am | 4/14/11 | 4:41pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 4/15/11 | 7:45am | 4/15/11 | 3:04pm | | Work | 4.60 | 2.80 | | 7.40 | 7.40 |
| **Supervisor Signoff:** | | | | | | | Weekly Totals: | 40.00 | 2.80 | 0.00 | 42.80 | 42.80 |

# GA West
# Time Sheets
### 04/01/11 - 01/31/12

## Mclain, Joseph M

| | | | | |
|---|---|---|---|---|
| **Card ID:** | 12044 | **Home Division:** | | GA West Sal Ex |
| **Other ID:** | 201393739 | **Home Department:** | | 10-GA West - Chunchula |
| **Supervisor:** | | **Period:** | | Weekly |

| Department Job | Shift No | Date Level 4 | Time In | Date | Time Out Level 5 | Lunch | Pay Type | Reg | OT Notes | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week:** 4 | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 4/18/11 | 7:58am | 4/18/11 | 4:04pm | | Work | 8.10 | | | 8.10 | 8.10 |
| 10-GA West - Chunchula 16 | | 4/19/11 | 7:37am | 4/19/11 | 4:21pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 19-Chuncula - Radcliff | | 4/20/11 | 7:33am | 4/20/11 | 4:25pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 4/21/11 | 7:48am | 4/21/11 | 4:12pm | | Work | 8.40 | | | 8.40 | 8.40 |
| 10-GA West - Chunchula | | 4/22/11 | 12:00am | | | | Holiday | | | | 8.00 | |
| **Supervisor Signoff:** | | | | | | **Weekly Totals:** | | 34.10 | 0.00 | 0.00 | 42.10 | 34.10 |
| **Week:** 5 | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 4/25/11 | 7:43am | 4/25/11 | 4:38pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 4/26/11 | 7:36am | 4/26/11 | 4:35pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 4/27/11 | 7:38am | 4/27/11 | 4:48pm | | Work | 9.20 | | | 9.20 | 9.20 |
| 10-GA West - Chunchula 16 | | 4/28/11 | 7:38am | 4/28/11 | 5:18pm | | Work | 9.70 | | | 9.70 | 9.70 |
| 10-GA West - Chunchula 16 | | 4/29/11 | 7:48am | 4/29/11 | 4:32pm | | Work | 3.20 | 5.50 | | 8.70 | 8.70 |
| **Supervisor Signoff:** | | | | | | **Weekly Totals:** | | 40.00 | 5.50 | 0.00 | 45.50 | 45.50 |
| **Week:** 6 | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 5/2/11 | 7:46am | 5/2/11 | 2:27pm | | Work | 6.60 | | | 6.60 | 6.60 |
| 10-GA West - Chunchula 16 | | 5/3/11 | 7:48am | 5/3/11 | 4:57pm | | Work | 9.10 | | | 9.10 | 9.10 |

## *GA West*
## Time Sheets
#### 04/01/11 - 01/31/12

### Mclain, Joseph M

| | | |
|---|---|---|
| Card ID: | 12044 | |
| Other ID: | 201393739 | |
| Supervisor: | | |

| | |
|---|---|
| Home Division: | GA West Sal Ex |
| Home Department: | 10-GA West - Chunchula |
| Period: | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week:  6** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 5/4/11 | 7:37am | 5/4/11 | 4:42pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 5/5/11 | 7:46am | 5/5/11 | 5:00pm | | Work | 9.20 | | | 9.20 | 9.20 |
| 10-GA West - Chunchula 16 | | 5/6/11 | 7:50am | 5/6/11 | 2:02pm | | Work | 6.00 | 0.20 | | 6.20 | 6.20 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 0.20 | 0.00 | 40.20 | 40.20 |
| **Week:  7** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 5/9/11 | 7:40am | 5/9/11 | 5:04pm | | Work | 9.40 | | | 9.40 | 9.40 |
| 10-GA West - Chunchula 16 | | 5/10/11 | 6:43am | 5/10/11 | 5:10pm | | Work | 10.50 | | | 10.50 | 10.50 |
| 10-GA West - Chunchula 16 | | 5/11/11 | 6:50am | 5/11/11 | 4:59pm | | Work | 10.20 | | | 10.20 | 10.20 |
| 10-GA West - Chunchula 16 | | 5/12/11 | 6:42am | 5/12/11 | 5:01pm | | Work | 9.90 | 0.40 | | 10.30 | 10.30 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 0.40 | 0.00 | 40.40 | 40.40 |
| **Week:  8** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 5/16/11 | 7:41am | 5/16/11 | 4:00pm | | Work | 8.30 | | | 8.30 | 8.30 |
| 10-GA West - Chunchula 16 | | 5/17/11 | 11:36am | 5/17/11 | 5:53pm | | Work | 6.30 | | | 6.30 | 6.30 |
| 10-GA West - Chunchula 16 | | 5/18/11 | 7:43am | 5/18/11 | 5:43pm | | Work | 10.00 | | | 10.00 | 10.00 |
| 10-GA West - Chunchula 16 | | 5/19/11 | 7:36am | 5/19/11 | 4:54pm | | Work | 9.30 | | | 9.30 | 9.30 |

## *GA West*
# Time Sheets
#### 04/01/11 - 01/31/12

### Mclain, Joseph M

| | | | | | |
|---|---|---|---|---|---|
| Card ID: | 12044 | | Home Division: | | GA West Sal Ex |
| Other ID: | 201393739 | | Home Department: | | 10-GA West - Chunchula |
| Supervisor: | | | Period: | | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week:   8** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/20/11 | 7:54am | 5/20/11 | 3:42pm | | Work | 6.10 | 1.70 | | 7.80 | 7.80 |
| 16 | | | | | | | | | | | | |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 1.70 | 0.00 | 41.70 | 41.70 |
| **Week:   9** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/23/11 | 7:41am | 5/23/11 | 4:44pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/24/11 | 7:43am | 5/24/11 | 5:05pm | | Work | 9.40 | | | 9.40 | 9.40 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/25/11 | 7:50am | 5/25/11 | 4:53pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/26/11 | 7:44am | 5/26/11 | 4:36pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/27/11 | 8:01am | 5/27/11 | 4:02pm | | Work | 3.60 | 4.40 | | 8.00 | 8.00 |
| 19-Chuncula - Radcliff | | | | | | | | | | | | |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 4.40 | 0.00 | 44.40 | 44.40 |
| **Week:   10** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/30/11 | 7:46am | 5/30/11 | 4:00pm | | Work | 8.20 | | | 8.20 | 8.20 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 5/31/11 | 7:41am | 5/31/11 | 4:43pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 6/1/11 | 7:43am | 6/1/11 | 4:54pm | | Work | 9.20 | | | 9.20 | 9.20 |
| 16 | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 6/2/11 | 8:00am | 6/2/11 | 12:50pm | | Edited Paid | 4.80 | | | 4.80 | 4.80 |
| 19-Chuncula - Radcliff | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 6/3/11 | 7:46am | 6/3/11 | 3:58pm | | Work | 8.20 | | | 8.20 | 8.20 |
| 16 | | | | | | | | | | | | |

# *GA West*
# Time Sheets
## 04/01/11 - 01/31/12

## Mclain, Joseph M

Card ID:  12044
Other ID:  201393739
Supervisor:

Home Division:
Home Department:
Period:

GA West Sal Ex
10-GA West - Chunchula
Weekly

| Department / Job | Shift No | Date | Time In / Level 4 | Date | Time Out / Level 5 | Lunch | Pay Type | Reg | OT | DT / Notes | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week: 10** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 6/4/11 | 7:00am | 6/4/11 | 1:00pm | | Edited Paid | 0.60 | 5.40 | | 6.00 | 6.00 |
| | | | | | | | | | | golf - Alabama Oil | | |
| 10-GA West - Chunchula | | 6/5/11 | 10:00am | 6/5/11 | 5:30pm | | Edited Paid | 0.00 | 7.50 | | 7.50 | 7.50 |
| | | | | | | | | | | golf - alabama oil | | |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 12.90 | 0.00 | 52.90 | 52.90 |
| **Week: 11** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 6/6/11 | 7:50am | 6/6/11 | 4:34pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 6/7/11 | 7:46am | 6/7/11 | 3:49pm | | Work | 8.00 | | | 8.00 | 8.00 |
| 10-GA West - Chunchula 16 | | 6/8/11 | 7:57am | 6/8/11 | 4:40pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 6/9/11 | 7:56am | 6/9/11 | 4:52pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 6/10/11 | 7:47am | 6/10/11 | 4:00pm | | Work | 5.40 | 2.80 | | 8.20 | 8.20 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 2.80 | 0.00 | 42.80 | 42.80 |
| **Week: 12** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 6/13/11 | 7:30am | 6/13/11 | 5:00pm | | Edited Paid | 9.50 | | | 9.50 | 9.50 |
| 10-GA West - Chunchula 16 | | 6/14/11 | 7:59am | 6/14/11 | 5:05pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 6/15/11 | 7:17am | 6/15/11 | 5:16pm | | Work | 10.00 | | | 10.00 | 10.00 |
| 10-GA West - Chunchula 16 | | 6/16/11 | 7:26am | 6/16/11 | 5:05pm | | Work | 9.70 | | | 9.70 | 9.70 |
| 10-GA West - Chunchula 16 | | 6/17/11 | 7:09am | 6/17/11 | 4:00pm | | Work | 1.70 | 7.20 | | 8.90 | 8.90 |

# GA West
# Time Sheets
### 04/01/11 - 01/31/12

## Mclain, Joseph M

| | | |
|---|---|---|
| Card ID: | 12044 | |
| Other ID: | 201393739 | |
| Supervisor: | | |

| | |
|---|---|
| Home Division: | GA West Sal Ex |
| Home Department: | 10-GA West - Chunchula |
| Period: | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | | Level 4 | | Level 5 | | | | Notes | | | |

**Week:  12**

| Supervisor Signoff: | | | | | | | Weekly Totals: | 40.00 | 7.20 | 0.00 | 47.20 | 47.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Week:  13**

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-GA West - Chunchula | | 6/20/11 | 1:00pm | 6/20/11 | 4:52pm | | Edited Paid | 3.90 | | | 3.90 | 3.90 |
| 10-GA West - Chunchula 16 | | 6/21/11 | 7:59am | 6/21/11 | 5:17pm | | Work | 9.30 | | | 9.30 | 9.30 |
| 10-GA West - Chunchula 16 | | 6/22/11 | 7:49am | 6/22/11 | 4:00pm | | Edited Paid | 8.20 | | | 8.20 | 8.20 |
| 10-GA West - Chunchula 16 | | 6/23/11 | 7:57am | 6/23/11 | 4:49pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 6/24/11 | 7:52am | 6/24/11 | 5:16pm | | Work | 9.40 | | | 9.40 | 9.40 |
| 10-GA West - Chunchula 19-Chunchula - Radcliff | | 6/25/11 | 10:52am | 6/25/11 | 12:57pm | | Work | 0.30 | 1.70 | | 2.00 | 2.00 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 1.70 | 0.00 | 41.70 | 41.70 |

**Week:  14**

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-GA West - Chunchula 16 | | 6/27/11 | 8:01am | 6/27/11 | 4:56pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 6/28/11 | 7:52am | 6/28/11 | 4:28pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 16 | | 6/29/11 | 7:44am | 6/29/11 | 4:49pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 19-Chunchula - Radcliff | | 6/30/11 | 7:39am | 6/30/11 | 1:31pm | | Work | 5.90 | | | 5.90 | 5.90 |
| 10-GA West - Chunchula | | 7/1/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 32.50 | 0.00 | 0.00 | 40.50 | 32.50 |

**Week:  15**

## *GA West*
# Time Sheets
#### 04/01/11 - 01/31/12

### Mclain, Joseph M

| | | |
|---|---|---|
| **Card ID:** | 12044 | |
| **Other ID:** | 201393739 | |
| **Supervisor:** | | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department<br>Job | Shift No | Date | Time In<br>Level 4 | Date | Time Out<br>Level 5 | Lunch | Pay Type | Reg | OT | DT | Notes | Total<br>Paid<br>Time | Total<br>Worked<br>Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week: 15** | | | | | | | | | | | | | |
| 10-GA West -<br>Chunchula | | 7/4/11 | 12:00am | | | | Holiday | | | | | 8.00 | |
| 10-GA West -<br>Chunchula<br>16 | | 7/5/11 | 7:58am | 7/5/11 | 4:42pm | | Work | 8.70 | | | | 8.70 | 8.70 |
| 10-GA West -<br>Chunchula<br>16 | | 7/6/11 | 7:54am | 7/6/11 | 4:52pm | | Work | 9.00 | | | | 9.00 | 9.00 |
| 10-GA West -<br>Chunchula<br>16 | | 7/7/11 | 8:04am | 7/7/11 | 5:08pm | | Work | 9.00 | | | | 9.00 | 9.00 |
| 10-GA West -<br>Chunchula<br>16 | | 7/8/11 | 8:03am | 7/8/11 | 3:07pm | | Work | 7.10 | | | | 7.10 | 7.10 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 33.80 | 0.00 | 0.00 | | 41.80 | 33.80 |
| **Week: 16** | | | | | | | | | | | | | |
| 10-GA West -<br>Chunchula<br>16 | | 7/11/11 | 8:04am | 7/11/11 | 4:52pm | | Work | 8.80 | | | | 8.80 | 8.80 |
| 10-GA West -<br>Chunchula<br>16 | | 7/12/11 | 7:48am | 7/12/11 | 4:54pm | | Work | 9.10 | | | | 9.10 | 9.10 |
| 10-GA West -<br>Chunchula<br>19-Chuncula - Radcliff | | 7/13/11 | 7:58am | 7/13/11 | 4:51pm | | Work | 8.80 | | | | 8.80 | 8.80 |
| 10-GA West -<br>Chunchula<br>16 | | 7/14/11 | 11:40am | 7/14/11 | 4:44pm | | Work | 5.00 | | | | 5.00 | 5.00 |
| 10-GA West -<br>Chunchula<br>16 | | 7/15/11 | 8:08am | 7/15/11 | 4:10pm | | Work | 8.10 | | | | 8.10 | 8.10 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 39.80 | 0.00 | 0.00 | | 39.80 | 39.80 |
| **Week: 17** | | | | | | | | | | | | | |
| 10-GA West -<br>Chunchula<br>16 | | 7/18/11 | 11:05am | 7/18/11 | 4:46pm | | Work | 5.70 | | | | 5.70 | 5.70 |
| 10-GA West -<br>Chunchula<br>16 | | 7/19/11 | 8:02am | 7/19/11 | 4:50pm | | Work | 8.80 | | | | 8.80 | 8.80 |

## *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

**Mclain, Joseph M**

| Card ID: | 12044 |
| Other ID: | 201393739 |
| Supervisor: | |

| Home Division: | GA West Sal Ex |
| Home Department: | 10-GA West - Chunchula |
| Period: | Weekly |

| Department Job | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Level 4 | | Level 5 | | | | Notes | | | |
| **Week:   17** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 7/20/11 | 7:57am | 7/20/11 | 5:00pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 7/21/11 | 7:56am | 7/21/11 | 4:23pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula | | 7/22/11 | 8:00am | 7/22/11 | 3:34pm | | Edited Paid | 7.60 | | | 7.60 | 7.60 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 39.70 | 0.00 | 0.00 | 39.70 | 39.70 |
| **Week:   18** | | | | | | | | | | | | |
| 10-GA West - Chunchula 19-Chuncula - Radcliff | | 7/25/11 | 9:42am | 7/25/11 | 3:09pm | | Work | 5.40 | | | 5.40 | 5.40 |
| 10-GA West - Chunchula 19-Chuncula - Radcliff | | 7/26/11 | 9:21am | 7/26/11 | 4:11pm | | Work | 6.90 | | | 6.90 | 6.90 |
| 10-GA West - Chunchula 19-Chuncula - Radcliff | | 7/27/11 | 10:53am | 7/27/11 | 5:35pm | | Work | 6.70 | | | 6.70 | 6.70 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 19.00 | 0.00 | 0.00 | 19.00 | 19.00 |
| **Week:   19** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 8/1/11 | 7:56am | 8/1/11 | 5:15pm | | Work | 9.30 | | | 9.30 | 9.30 |
| 10-GA West - Chunchula 16 | | 8/2/11 | 8:08am | 8/2/11 | 8:00pm | | Edited Paid | 11.90 | | | 11.90 | 11.90 |
| 10-GA West - Chunchula 16 | | 8/3/11 | 8:19am | 8/3/11 | 8:00pm | | Edited Paid | 11.70 | | | 11.70 | 11.70 |
| 10-GA West - Chunchula 16 | | 8/4/11 | 8:05am | 8/4/11 | 4:54pm | | Work | 7.10 | 1.70 | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 8/5/11 | 8:30am | 8/5/11 | 3:33pm | | Work | 0.00 | 7.00 | | 7.00 | 7.00 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 8.70 | 0.00 | 48.70 | 48.70 |

## *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

### Mclain, Joseph M

| | | |
|---|---|---|
| **Card ID:** | 12044 | |
| **Other ID:** | 201393739 | |
| **Supervisor:** | | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department Job | Shift No | Date Level 4 | Time In | Date | Time Out Level 5 | Lunch | Pay Type | Reg | OT Notes | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week: 20** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 8/8/11 | 8:11am | 8/8/11 | 4:49pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 16 | | 8/9/11 | 10:43am | 8/9/11 | 4:56pm | | Work | 6.20 | | | 6.20 | 6.20 |
| 10-GA West - Chunchula 16 | | 8/10/11 | 8:01am | 8/10/11 | 4:58pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 8/11/11 | 8:07am | 8/11/11 | 4:47pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 8/12/11 | 8:04am | 8/12/11 | 3:52pm | | Work | 7.50 | 0.30 | | 7.80 | 7.80 |
| **Supervisor Signoff:** | | | | | **Weekly Totals:** | | | 40.00 | 0.30 | 0.00 | 40.30 | 40.30 |
| **Week: 21** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 8/15/11 | 7:05am | 8/15/11 | 4:56pm | | Work | 9.80 | | | 9.80 | 9.80 |
| 10-GA West - Chunchula 16 | | 8/16/11 | 7:08am | 8/16/11 | 4:52pm | | Work | 9.80 | | | 9.80 | 9.80 |
| 10-GA West - Chunchula 16 | | 8/17/11 | 7:05am | 8/17/11 | 4:43pm | | Work | 9.60 | | | 9.60 | 9.60 |
| 10-GA West - Chunchula 16 | | 8/18/11 | 7:14am | 8/18/11 | 4:54pm | | Work | 9.70 | | | 9.70 | 9.70 |
| 10-GA West - Chunchula 16 | | 8/19/11 | 7:10am | 8/19/11 | 12:18pm | | Work | 1.10 | 4.00 | | 5.10 | 5.10 |
| **Supervisor Signoff:** | | | | | **Weekly Totals:** | | | 40.00 | 4.00 | 0.00 | 44.00 | 44.00 |
| **Week: 22** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 8/22/11 | 7:06am | 8/22/11 | 4:58pm | | Work | 9.90 | | | 9.90 | 9.90 |

# *GA West*
# Time Sheets
## 04/01/11 - 01/31/12

**Mclain, Joseph M**

| | | |
|---|---|---|
| **Card ID:** | 12044 | |
| **Other ID:** | 201393739 | |
| **Supervisor:** | | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week: 22** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 8/23/11 | 7:23am | 8/23/11 | 4:56pm | | Work | 9.50 | | | 9.50 | 9.50 |
| 10-GA West - Chunchula 16 | | 8/25/11 | 7:27am | 8/25/11 | 4:58pm | | Work | 9.60 | | | 9.60 | 9.60 |
| 10-GA West - Chunchula 16 | | 8/26/11 | 7:05am | 8/26/11 | 3:52pm | | Work | 8.80 | | | 8.80 | 8.80 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 37.80 | 0.00 | 0.00 | 37.80 | 37.80 |
| **Week: 23** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 8/29/11 | 7:21am | 8/29/11 | 4:43pm | | Work | 9.40 | | | 9.40 | 9.40 |
| 10-GA West - Chunchula 16 | | 8/30/11 | 7:32am | 8/30/11 | 4:54pm | | Work | 9.40 | | | 9.40 | 9.40 |
| 10-GA West - Chunchula 16 | | 8/31/11 | 7:33am | 8/31/11 | 4:48pm | | Work | 9.30 | | | 9.30 | 9.30 |
| 10-GA West - Chunchula 16 | | 9/1/11 | 7:39am | 9/1/11 | 4:48pm | | Work | 9.20 | | | 9.20 | 9.20 |
| 10-GA West - Chunchula 16 | | 9/2/11 | 7:38am | 9/2/11 | 12:19pm | | Work | 2.70 | 2.00 | | 4.70 | 4.70 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 2.00 | 0.00 | 42.00 | 42.00 |
| **Week: 24** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 9/5/11 | 12:00am | | | | Holiday | | | | 8.00 | |
| 10-GA West - Chunchula | | 9/6/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 9/7/11 | 7:59am | 9/7/11 | 5:00pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 9/8/11 | 7:47am | 9/8/11 | 5:03pm | | Work | 9.20 | | | 9.20 | 9.20 |

## *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

**Mclain, Joseph M**

| | | |
|---|---|---|
| Card ID: | 12044 | |
| Other ID: | 201393739 | |
| Supervisor: | | |

| | |
|---|---|
| Home Division: | GA West Sal Ex |
| Home Department: | 10-GA West - Chunchula |
| Period: | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week: 24** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 9/9/11 | 7:58am | 9/9/11 | 4:19pm | | Work | 8.30 | | | 8.30 | 8.30 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 26.50 | 0.00 | 0.00 | 42.50 | 26.50 |
| **Week: 25** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 9/12/11 | 7:45am | 9/12/11 | 4:56pm | | Work | 9.20 | | | 9.20 | 9.20 |
| 10-GA West - Chunchula 16 | | 9/13/11 | 7:48am | 9/13/11 | 5:05pm | | Work | 9.30 | | | 9.30 | 9.30 |
| 10-GA West - Chunchula 16 | | 9/15/11 | 8:12am | 9/15/11 | 5:00pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 9/16/11 | 8:05am | 9/16/11 | 3:58pm | | Work | 7.90 | | | 7.90 | 7.90 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 35.20 | 0.00 | 0.00 | 35.20 | 35.20 |
| **Week: 26** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 9/19/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 9/20/11 | 7:58am | 9/20/11 | 4:56pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 9/21/11 | 7:52am | 9/21/11 | 4:55pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 9/22/11 | 7:45am | 9/22/11 | 4:16pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 19-Chuncula - Radcliff | | 9/23/11 | 8:04am | 9/23/11 | 3:29pm | | Work | 7.40 | | | 7.40 | 7.40 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 33.90 | 0.00 | 0.00 | 41.90 | 33.90 |

**Week: 27**

## *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

**Mclain, Joseph M**

| | | |
|---|---|---|
| **Card ID:** | 12044 | |
| **Other ID:** | 201393739 | |
| **Supervisor:** | | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week: 27** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 9/26/11 | 8:17am | 9/26/11 | 4:47pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula 16 | | 9/27/11 | 7:53am | 9/27/11 | 4:58pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 9/28/11 | 8:04am | 9/28/11 | 4:48pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 9/29/11 | 8:06am | 9/29/11 | 4:53pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 9/30/11 | 7:58am | 9/30/11 | 3:25pm | | Work | 4.90 | 2.50 | | 7.40 | 7.40 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 2.50 | 0.00 | 42.50 | 42.50 |
| **Week: 28** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 10/3/11 | 8:16am | 10/3/11 | 4:46pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula 16 | | 10/4/11 | 8:01am | 10/4/11 | 4:54pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 10/5/11 | 7:59am | 10/5/11 | 4:32pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula 16 | | 10/6/11 | 8:08am | 10/6/11 | 4:40pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 16 | | 10/7/11 | 7:56am | 10/7/11 | 3:15pm | | Work | 5.50 | 1.80 | | 7.30 | 7.30 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 1.80 | 0.00 | 41.80 | 41.80 |
| **Week: 29** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 10/10/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 10/11/11 | 8:16am | 10/11/11 | 4:48pm | | Work | 8.50 | | | 8.50 | 8.50 |

## *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

### Mclain, Joseph M

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Card ID: | 12044 | | | **Home Division:** | | | GA West Sal Ex | | | | |
| Other ID: | 201393739 | | . | **Home Department:** | | | 10-GA West - Chunchula | | | | |
| Supervisor: | | | | **Period:** | | | Weekly | | | | |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week:   29** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 10/12/11 | 7:52am | 10/12/11 | 4:57pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 10/13/11 | 7:53am | 10/13/11 | 4:54pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 10/14/11 | 8:02am | 10/14/11 | 3:14pm | | Work | 7.20 | | | 7.20 | 7.20 |
| **Supervisor Signoff:** | | | | | | **Weekly Totals:** | | 33.70 | 0.00 | 0.00 | 41.70 | 33.70 |
| **Week:   30** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 10/17/11 | 7:59am | 10/17/11 | 4:53pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 10/18/11 | 7:56am | 10/18/11 | 4:40pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 10/19/11 | 7:49am | 10/19/11 | 4:43pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 10/20/11 | 7:53am | 10/20/11 | 4:45pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 10/21/11 | 8:18am | 10/21/11 | 2:05pm | | Work | 4.60 | 1.20 | | 5.80 | 5.80 |
| **Supervisor Signoff:** | | | | | | **Weekly Totals:** | | 40.00 | 1.20 | 0.00 | 41.20 | 41.20 |
| **Week:   31** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 10/24/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 10/24/11 | 9:44am | 10/24/11 | 11:56am | | Work | 2.20 | | | 2.20 | 2.20 |
| 10-GA West - Chunchula 16 | | 10/25/11 | 8:17am | 10/25/11 | 4:38pm | | Work | 8.30 | | | 8.30 | 8.30 |
| 10-GA West - Chunchula 16 | | 10/26/11 | 8:05am | 10/26/11 | 4:36pm | | Work | 8.50 | | | 8.50 | 8.50 |

# *GA West*
# Time Sheets
### 04/01/11 - 01/31/12

## Mclain, Joseph M

| | |
|---|---|
| **Card ID:** | 12044 |
| **Other ID:** | 201393739 |
| **Supervisor:** | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | | Level 4 | | Level 5 | | | | | Notes | | |
| **Week: 31** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 10/27/11 | 7:56am | 10/27/11 | 2:00pm | | Edited Paid | 6.10 | | | 6.10 | 6.10 |
| 10-GA West - Chunchula 16 | | 10/28/11 | 8:10am | 10/28/11 | 3:34pm | | Work | 7.40 | | | 7.40 | 7.40 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 32.50 | 0.00 | 0.00 | 40.50 | 32.50 |
| **Week: 32** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 10/31/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 11/1/11 | 8:03am | 11/1/11 | 4:32pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula | | 11/2/11 | 12:00am | | | | Vacation | | | | 4.00 | |
| 10-GA West - Chunchula | | 11/2/11 | 1:00pm | 11/2/11 | 4:52pm | | Edited Paid | 3.90 | | | 3.90 | 3.90 |
| 10-GA West - Chunchula | | 11/3/11 | 12:00am | | | | Vacation | | | | 4.00 | |
| 10-GA West - Chunchula 16 | | 11/3/11 | 1:10pm | 11/3/11 | 5:04pm | | Work | 3.90 | | | 3.90 | 3.90 |
| 10-GA West - Chunchula 16 | | 11/4/11 | 8:00am | 11/4/11 | 4:05pm | | Work | 8.10 | | | 8.10 | 8.10 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 24.40 | 0.00 | 0.00 | 40.40 | 24.40 |
| **Week: 33** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 11/7/11 | 7:55am | 11/7/11 | 4:40pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 11/8/11 | 8:22am | 11/8/11 | 4:51pm | | Work | 8.40 | | | 8.40 | 8.40 |
| 10-GA West - Chunchula 16 | | 11/9/11 | 8:02am | 11/9/11 | 4:14pm | | Work | 8.20 | | | 8.20 | 8.20 |
| 10-GA West - Chunchula 16 | | 11/10/11 | 10:32am | 11/10/11 | 4:52pm | | Edited Paid | 6.40 | | | 6.40 | 6.40 |

# *GA West*
# Time Sheets
## 04/01/11 - 01/31/12

### Mclain, Joseph M

| | | |
|---|---|---|
| **Card ID:** | 12044 | |
| **Other ID:** | 201393739 | |
| **Supervisor:** | | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week: 33** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 11/11/11 | 7:57am | 11/11/11 | 3:39pm | | Work | 7.70 | | | 7.70 | 7.70 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 39.50 | 0.00 | 0.00 | 39.50 | 39.50 |
| **Week: 34** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 11/14/11 | 7:49am | 11/14/11 | 4:45pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 11/15/11 | 7:43am | 11/15/11 | 4:49pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 11/16/11 | 7:45am | 11/16/11 | 4:50pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 11/17/11 | 7:46am | 11/17/11 | 4:44pm | | Work | 8.90 | | | 8.90 | 8.90 |
| 10-GA West - Chunchula 16 | | 11/18/11 | 7:55am | 11/18/11 | 2:27pm | | Work | 4.00 | 2.50 | | 6.50 | 6.50 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 2.50 | 0.00 | 42.50 | 42.50 |
| **Week: 35** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 11/21/11 | 7:58am | 11/21/11 | 4:45pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 11/22/11 | 8:20am | 11/22/11 | 4:51pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula | | 11/23/11 | 8:15am | 11/23/11 | 1:57pm | | Edited Paid | 5.70 | | | 5.70 | 5.70 |
| 10-GA West - Chunchula | | 11/24/11 | 12:00am | | | | Holiday | | | | 8.00 | |
| 10-GA West - Chunchula | | 11/25/11 | 12:00am | | | | Holiday | | | | 8.00 | |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 22.90 | 0.00 | 0.00 | 38.90 | 22.90 |
| **Week: 36** | | | | | | | | | | | | |

# GA West
# Time Sheets
## 04/01/11 - 01/31/12

## Mclain, Joseph M

| | | | | | | |
|---|---|---|---|---|---|---|
| Card ID: | 12044 | | Home Division: | | GA West Sal Ex | |
| Other ID: | 201393739 | | Home Department: | | 10-GA West - Chunchula | |
| Supervisor: | | | Period: | | Weekly | |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week: 36** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 11/28/11 | 7:52am | 11/28/11 | 4:45pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 11/29/11 | 7:53am | 11/29/11 | 4:58pm | | Work | 9.10 | | | 9.10 | 9.10 |
| 10-GA West - Chunchula 16 | | 11/30/11 | 8:00am | 11/30/11 | 4:45pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 12/1/11 | 11:52am | 12/1/11 | 4:58pm | | Work | 5.10 | | | 5.10 | 5.10 |
| 10-GA West - Chunchula 16 | | 12/2/11 | 8:13am | 12/2/11 | 3:44pm | | Work | 7.50 | | | 7.50 | 7.50 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 39.20 | 0.00 | 0.00 | 39.20 | 39.20 |
| **Week: 37** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 12/5/11 | 8:05am | 12/5/11 | 5:06pm | | Work | 9.00 | | | 9.00 | 9.00 |
| 10-GA West - Chunchula 16 | | 12/6/11 | 7:58am | 12/6/11 | 4:37pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 16 | | 12/7/11 | 8:06am | 12/7/11 | 4:46pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 12/8/11 | 8:01am | 12/8/11 | 4:45pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 12/9/11 | 8:00am | 12/9/11 | 3:58pm | | Work | 5.00 | 3.00 | | 8.00 | 8.00 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 40.00 | 3.00 | 0.00 | 43.00 | 43.00 |
| **Week: 38** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 12/12/11 | 8:02am | 12/12/11 | 4:48pm | | Work | 8.80 | | | 8.80 | 8.80 |

## GA West
# Time Sheets
### 04/01/11 - 01/31/12

**Mclain, Joseph M**

| Card ID: | 12044 | | Home Division: | GA West Sal Ex |
|---|---|---|---|---|
| Other ID: | 201393739 | | Home Department: | 10-GA West - Chunchula |
| Supervisor: | | | Period: | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week: 38** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 12/13/11 | 8:06am | 12/13/11 | 4:50pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 12/14/11 | 7:59am | 12/14/11 | 4:48pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula | | 12/15/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| 10-GA West - Chunchula | | 12/16/11 | 12:00am | | | | Vacation | | | | 8.00 | |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 26.30 | 0.00 | 0.00 | 42.30 | 26.30 |
| **Week: 39** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 12/19/11 | 8:04am | 12/19/11 | 4:54pm | | Work | 8.80 | | | 8.80 | 8.80 |
| 10-GA West - Chunchula 16 | | 12/20/11 | 8:01am | 12/20/11 | 4:37pm | | Work | 8.60 | | | 8.60 | 8.60 |
| 10-GA West - Chunchula 16 | | 12/21/11 | 8:05am | 12/21/11 | 4:48pm | | Edited Paid | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 12/22/11 | 8:07am | 12/22/11 | 4:08pm | | Work | 8.00 | | | 8.00 | 8.00 |
| 10-GA West - Chunchula 16 | | 12/23/11 | 8:11am | 12/23/11 | 10:19am | | Work | 2.10 | | | 2.10 | 2.10 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 36.20 | 0.00 | 0.00 | 36.20 | 36.20 |
| **Week: 40** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 12/26/11 | 12:00am | | | | Holiday | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 12/27/11 | 8:09am | 12/27/11 | 4:03pm | | Work | 7.90 | | | 7.90 | 7.90 |
| 10-GA West - Chunchula 16 | | 12/28/11 | 8:00am | 12/28/11 | 4:00pm | | Edited Paid | 8.00 | | | 8.00 | 8.00 |
| 10-GA West - Chunchula 16 | | 12/29/11 | 7:59am | 12/29/11 | 4:32pm | | Work | 8.50 | | | 8.50 | 8.50 |

# GA West
# Time Sheets
### 04/01/11 - 01/31/12

## Mclain, Joseph M

| | | |
|---|---|---|
| **Card ID:** | 12044 | |
| **Other ID:** | 201393739 | |
| **Supervisor:** | | |

| | |
|---|---|
| **Home Division:** | GA West Sal Ex |
| **Home Department:** | 10-GA West - Chunchula |
| **Period:** | Weekly |

| Department | Shift No | Date | Time In | Date | Time Out | Lunch | Pay Type | Reg | OT | DT | Total Paid Time | Total Worked Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | | Level 4 | | | Level 5 | | | | Notes | | | |
| **Week:   40** | | | | | | | | | | | | |
| 10-GA West - Chunchula 16 | | 12/30/11 | 7:57am | 12/30/11 | 2:32pm | | Work | 6.60 | | | 6.60 | 6.60 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 31.00 | 0.00 | 0.00 | 39.00 | 31.00 |
| **Week:   41** | | | | | | | | | | | | |
| 10-GA West - Chunchula | | 1/2/12 | 12:00am | | | | Holiday | | | | 8.00 | |
| 10-GA West - Chunchula 16 | | 1/3/12 | 1:59pm | 1/3/12 | 4:55pm | | Work | 2.90 | | | 2.90 | 2.90 |
| 10-GA West - Chunchula 16 | | 1/4/12 | 8:09am | 1/4/12 | 4:46pm | | Work | 8.70 | | | 8.70 | 8.70 |
| 10-GA West - Chunchula 16 | | 1/5/12 | 8:13am | 1/5/12 | 4:41pm | | Work | 8.50 | | | 8.50 | 8.50 |
| 10-GA West - Chunchula 16 | | 1/6/12 | 9:46am | 1/6/12 | 10:30am | | Edited Paid | 0.70 | | | 0.70 | 0.70 |
| **Supervisor Signoff:** | | | | | | | **Weekly Totals:** | 20.80 | 0.00 | 0.00 | 28.80 | 20.80 |

### Period Totals

| | |
|---|---|
| **Reg Hours** | 1446.60 |
| **OT Hours** | 67.30 |
| **DT Hours** | 0.00 |
| **Total Paid** | 1,641.90 |
| **Reg Comp** | 0.00 |
| **OT Comp** | 0.00 |
| **DT Comp** | 0.00 |
| **Total Worked** | 1,513.90 |
| **Holiday** | 56.00 |
| **Vacation Leave** | 72.00 |

## *GA West*
# Time Sheets
04/01/11 – 01/31/12

**Period Totals For All Employees**

| | |
|---|---|
| Reg Hours | 1446.60 |
| OT Hours | 67.30 |
| DT Hours | 0.00 |
| Total Paid | 1,641.90 |

| | |
|---|---|
| Reg Comp | 0.00 |
| OT Comp | 0.00 |
| DT Comp | 0.00 |
| Total Worked | 1,513.90 |

| | |
|---|---|
| Holiday | 56.00 |
| Vacation Leave | 72.00 |

G A WEST ADM PAYROLL

Earnings Register

03-09-2012          Page 1

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay | <----------- Earnings Detail -----------> Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 201393739   Joseph M McLain | | | | | | | | |
| 04-24-11 | | 904.00 | 138.85 | | 765.15 | HOLIDAY/IT DEPT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 05-01-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 05-08-11 | | 904.00 | 138.83 | | 765.17 | Regular | 40.00 | 904.00 |
| 05-15-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 05-22-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 05-29-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 06-05-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 06-12-11 | | 904.00 | 138.83 | | 765.17 | Regular | 40.00 | 904.00 |
| 06-19-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 06-26-11 | | 904.00 | 138.85 | | 765.15 | Regular | 40.00 | 904.00 |
| 07-03-11 | | 904.00 | 132.75 | 38.46 | 732.79 | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 07-10-11 | | 904.00 | 132.75 | 45.44 | 725.81 | HOLIDAY/IT DEPT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 07-17-11 | | 904.00 | 132.76 | 41.95 | 729.29 | Regular | 40.00 | 904.00 |
| 07-24-11 | | 904.00 | 132.75 | 41.95 | 729.30 | Regular | 40.00 | 904.00 |
| 07-31-11 | | 904.00 | 132.75 | 41.95 | 729.30 | PTO/COMPUTER/IT | 16.00 | 361.60 |
| | | | | | | Regular | 24.00 | 542.40 |
| 08-07-11 | | 904.00 | 132.75 | 41.95 | 729.30 | Regular | 40.00 | 904.00 |
| 08-14-11 | | 904.00 | 132.76 | 41.95 | 729.29 | Regular | 40.00 | 904.00 |

G A WEST ADM PAYROLL

## Earnings Register

03-09-2012 Page 2

**201393739   Joseph M McLain**

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ← Earnings Detail → | Units | Amount |
| 08-21-11 | | 904.00 | 132.75 | 41.95 | 729.30 | Regular | 40.00 | 904.00 |
| 08-28-11 | | 904.00 | 132.75 | 41.95 | 729.30 | Regular | 40.00 | 904.00 |
| 09-04-11 | | 904.00 | 132.75 | 47.00 | 724.25 | Regular | 40.00 | 904.00 |
| 09-04-11 | | | | 17.45- | 17.45 | | | |
| 09-11-11 | | 904.00 | 132.76 | 47.00 | 724.24 | HOLIDAY/IT DEPT | 4.00 | 90.40 |
| | | | | | | Regular | 36.00 | 813.60 |
| 09-18-11 | | 904.00 | 132.76 | 47.00 | 724.24 | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | Regular | 24.00 | 542.40 |
| 09-25-11 | | 904.00 | 132.75 | 47.00 | 724.25 | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 10-02-11 | | 904.00 | 126.33 | 83.16 | 694.51 | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 10-09-11 | | 904.00 | 126.33 | 83.16 | 694.51 | Regular | 40.00 | 904.00 |
| 10-16-11 | | 904.00 | 93.39 | 47.00 | 763.61 | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 10-23-11 | | 904.00 | 93.38 | 47.00 | 763.62 | Regular | 40.00 | 904.00 |
| 10-30-11 | | 904.00 | 93.38 | 47.00 | 763.62 | Regular | 40.00 | 904.00 |
| 11-06-11 | | 904.00 | 93.38 | 47.00 | 763.62 | PTO/COMPUTER/IT | 16.00 | 361.60 |
| | | | | | | Regular | 24.00 | 542.40 |
| 11-13-11 | | 904.00 | 93.39 | 47.00 | 763.61 | PTO/COMPUTER/IT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 11-20-11 | | 904.00 | 93.38 | 47.00 | 763.62 | Regular | 40.00 | 904.00 |

# Earnings Register

G A WEST ADM PAYROLL

03-09-2012

Page 3

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 20139379 Joseph M McLain | | | | | | | | |
| 11-27-11 | | 904.00 | 93.38 | 47.00 | 763.62 | HOLIDAY/IT DEPT | 16.00 | 361.60 |
| | | | | | | Regular | 24.00 | 542.40 |
| 12-04-11 | | 904.00 | 93.38 | 47.00 | 763.62 | Regular | 40.00 | 904.00 |
| 12-11-11 | | 904.00 | 93.38 | 47.00 | 763.62 | Regular | 40.00 | 904.00 |
| 12-18-11 | | 904.00 | 93.39 | 47.00 | 763.61 | PTO/COMPUTER/IT | 16.00 | 361.60 |
| | | | | | | Regular | 24.00 | 542.40 |
| 12-25-11 | | 904.00 | 93.38 | 47.00 | 763.62 | Regular | 40.00 | 904.00 |
| 01-01-12 | | 904.00 | 91.27 | 47.00 | 765.73 | HOLIDAY/IT DEPT | 8.00 | 180.80 |
| | | | | | | Regular | 32.00 | 723.20 |
| 01-08-12 | | 635.06 | 56.49 | 47.00 | 531.57 | HOLIDAY/IT DEPT | 8.00 | 180.80 |
| | | | | | | Regular | 20.10 | 454.26 |
| Employ 20139379 Totals: | | 34,083.06* | 4,541.88* | 1,325.42* | 28,215.76* | | 1,508.10* | 34,083.06* |
| Report Totals: | | 34,083.06* | 4,541.88* | 1,325.42* | 28,215.76* | | 1,508.10* | 34,083.06* |

V = Voided Check