# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH MCLAIN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO.: 12-00617-KD-B |
| | ) |
| G.A WEST & CO., INC., *et al.*,<br>    Defendants. | )<br>) |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that the parties' "Joint Motion to Approve Settlement Agreement" (Doc. 21) as Supplemented (Doc. 23) -- including Plaintiff's counsel's request for attorneys' fees and costs -- is **GRANTED** such that the amended FLSA Settlement (Doc. 23-1) is **APPROVED.**  It is further **ORDERED, ADJUDGED** and **DECREED,** that Plaintiff Joseph McLain is due to be paid the sum of **$23,509.00** as follows: 1) **$4,129.02** for unpaid wages based on his overtime hours while employed by Defendant G.A. West and Sirius; 2) **$2,714.88** as a "compromise additional amount" based on his estimated overtime hours while employed by G.A. West and Sirius; 3) **$3,695.10** in liquidated damages based on his overtime hours while employed by Sirius (as reflected in G.A. West's time records); and 4) **$12,970.00** in attorneys' fees and costs ($12,500 in fees and $470.00 in costs).  Accordingly, this action is **DISMISSED WITH PREJUDICE.**  The Court does not retain jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** this the **29th** day of **April 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**